### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 08-30235-GPM |
| | ) |
| **BRYANT K. MAYBELL a/k/a "B,"** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Defendant's motion for an order declaring this case a complex matter requiring extended litigation and authorizing additional compensation and interim payments (Doc. 273) is **GRANTED**. Upon review of the record as a whole, the Court finds: (1) this is a criminal matter in which the Government may seek a life without parole § 851 enhanced sentence; (2) counsel was appointed over one year ago; (3) discovery has already produced in excess of 2000 pages along with audio and video tapes, and (4) based on the relatively large number of defendants, the case has required extensive, ongoing investigation. As such, the Court **CERTIFIES** that this matter is complex and will require extended litigation, as set forth in 18 U.S.C. § 3006A(d)(3). The Court therefore **AUTHORIZES** payment to attorney Ronald E. Jenkins in the amount of $125.00 per hour for in-court and out-of-court time with respect to all matters affecting representation of Defendant.

Further, in light of the extended nature of this matter and necessary pretrial preparation, the

Court **AUTHORIZES** interim payments to defense counsel.[1] As such, Defense counsel shall submit interim vouchers for payment on a sixty day basis. All vouchers shall be submitted to the Federal Public Defender on a CJA Form 20, "Appointment of and Authority to Pay Court-Appointed Counsel."

**IT IS SO ORDERED.**

DATED: 04/01/10

s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge

---

[1] The Court notes that Sentencing is set for June 21, 2010. However, this sentencing only implicates Defendant's guilty plea as to Counts 2 and 3 of the Second Superseding Indictment (Doc. 218). Defendant has not pleaded guilty to Count 1 and negotiations are ongoing.